**The relief described hereinbelow is SO ORDERED.**

**Signed May 02, 2024.**

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10197-cgb |
| DON RICHARD GRANT | § | |
| DEBTOR | § | CHAPTER 7 PROCEEDING |

ORDER GRANTING DISMISSAL
OF CHAPTER 7 CASE WITHOUT PREJUDICE TO REFILING CHAPTER 7

On the day this Order was signed, came to be heard the Motion to Dismiss Chapter 7 Case. The Court having considered the motion, and the required notice having been given, and it appearing that cause does exist for dismissal of said case and no objections nor requests for hearing having been filed, it is, therefore,

ORDERED, ADJUDGED and DECREED that Chapter 7 Case No. 24-10197-cgb, is hereby DISMISSED Without Prejudice to Refiling Chapter 7 Bankruptcy.

# # #

RANDOLPH N. OSHEROW, Chapter 7 Trustee
State Bar No. TX15335500
342 West Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 – Telephone
(210) 737-6312 – Telefax
rosherow@hotmail.com