# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

**Bankruptcy Case No.:** 24–10197–cgb
**Chapter No.:** 7
**Judge:** Christopher G Bradley

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Don Richard Grant
5001 Allyson Court
Austin, TX 78744
**SSN/TAX ID:**
xxx–xx–8626

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered:

   for Debtor on **5/2/24**                                  for Joint Debtor (if any) on **N/A**

Dated: 5/2/24

                                                Barry D. Knight
                                                Clerk, U. S. Bankruptcy Court

**[Notice of Dismissal (BK)]** [NtcDsmBKapac]